RAFFERTY et al., Appellants, v. BUFFALO CITY GAS CO. et al., Respondents. (Supreme

Court, Appellate Division, First Department. February Term, 1899.) Action by Oscar G. Rafferty and others against the Buffalo City Gas Company and others. No opinion. Motion to dismiss appeal denied, with $10 costs. See 56 N. Y. Supp. 288.